STATE OF NEW JERSEY v. NATHANIEL GRIGGS.

March 15, 1983.

Petition for certification denied.

JOAN C. SARISKY v. E.R. SQUIBB & SONS, INC.

March 15, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL A. ROSZITS.

March 15, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM M. STOVALL.

March 15, 1983.

Petition for certification denied.